**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| **MICHAEL S. POLSKY, as Assignee for the benefit of the creditors of ORION BANCORP,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver for Orion Bank; and THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., as Trustee of Orion Bancorp, Inc. Revocable Trust,**<br><br>    **Defendants.** | **CIVIL CASE NO.**<br><br>**2:10-cv-296-CEH-SPC** |

**INITIAL DISCLOSURES OF DEFENDANT THE BANK OF NEW YORK**
**MELLON TRUST COMPANY, N.A.**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant The Bank of New York Mellon Trust Company, N.A., as Trustee of Orion Bancorp, Inc. Revocable Trust ("BNYM-Trustee") hereby submits its Initial Disclosures. These disclosures are based upon information currently known and available to BNYM-Trustee. BNYM-Trustee reserves the right to supplement these disclosures, pursuant to Fed. R. Civ. P. 26(e), as additional information becomes known through discovery and further investigation.

1

(1)     If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.

**Not applicable.**

(2)     Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff.   If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.

**Not applicable.**

(3)     Provide a detailed factual basis for the defense or defenses and any counter-claims or crossclaims asserted by defendant in the responsive pleading.

**BNYM-Trustee's obligations to the parties in this action are governed by the First Bancorp, Inc. Revocable Trust Agreement.   BNYM-Trustee understands that there is a dispute between the Plaintiff and the Defendant Federal Deposit Insurance Corporation regarding the ownership of the proceeds from two bank-owned life insurance policies, and that BNYM-Trustee is a necessary party to this action as Trustee of the Orion Bancorp, Inc. Revocable Trust.**

(5)     Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.   (Attach witness list to Initial Disclosures as Attachment A.)

**None.  BNYM-Trustee reserves the right to supplement its response to this item.**

(6)     Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.  For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule.   (Attach expert witness list and written reports to Initial Disclosures as Attachment B.).

**None.  BNYM-Trustee reserves the right to supplement its response to this item.**

(7)     Provide a copy of, or description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment identifying the subjects of the information.   (Attach document list and descriptions to Initial Disclosures as Attachment C.)

**A list of documents responsive to this disclosure is attached as Attachment C.**

(8)    In the space provided below, provide a computation of any category of damages claimed by you.  In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.).

**BNYM-Trustee does not seek any damages in this case.**

(9)    If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.

**Not applicable.**

(10)   Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this

action or to indemnify or reimburse for payments to satisfy the judgment.  (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

**Not applicable.**

This 5th day of May, 2011.

/s/ Ryan Pumpian
Ryan T. Pumpian
Florida Bar No. 156220

BRYAN CAVE LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: 404-572-6600
Facsimile: 404-572-6999

*Attorneys for The Bank of New York Mellon Trust Company, N.A.*

## **Attachment C**

BNYM-Trustee may use the following documents in his possession to support his defenses:

(a)    the First Bancorp, Inc. Revocable Trust Agreement,

(b)    documents relating to BNYM-Trustee's service as Trustee of First Bancorp, Inc. Revocable Trust,

(c)    documents relating to the two bank-owned life insurance policies at issue in this case.

## CERTIFICATE OF SERVICE

I hereby certify that, on May 5, 2011, a true and accurate copy of the foregoing **INITIAL DISCLOSURES OF DEFENDANT THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Ryan Pumpian
Ryan T. Pumpian
Florida Bar No. 156220

BRYAN CAVE LLP
One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: 404-572-6600
Facsimile: 404-572-6999

*Attorneys for The Bank of New York Mellon Trust Company, N.A.*